UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

**Curtis Lee Holloway, and**  Case No. 8:13-bk-09491-KRM
**Claudette Valida Holloway**
_____/

## SUGGESTION OF DEATH

COMES NOW Debtor, by and through her undersigned attorney to give notice that **Curtis Lee Holloway** has died on 10 November 2014.

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S Mail, first class postage prepaid or by electronic transmittal to: **Kelly Remick,** Standing Chapter 13 Trustee, at ecf@ch13tampa.com*; The Office of US Trustee @ USTPRegion21.TP.ECF@USDOJ.gov; this 8th day of January, 2015.

\* Served via Electronic Delivery by Court upon the filing of the motion

*Michael Barnett, PA*

by___/s/ Michael Barnett____
Michael Barnett
Fla. Bar # 500150
506 N. Armenia Ave.
Tampa, FL  33609-1703
Tel. (813) 870-3100
Facs. (813) 877-4039
Mpa7@tampabay.rr.com
Attorney for Debtor